FILED

12/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0320

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0320

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

   v.                               O R D E R

ETTA KOEHLER DOUBEK,

      Defendant and Appellant.

_____

Upon consideration of Appellant's Unopposed Motion for Extension of Time, and good cause shown, Appellant is hereby granted an extension of time until January 15, 2021, within which to file and serve Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 7 2020